# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTHONY B. WASHINGTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. CIV 16-227-RAW-SPS |
| ALFALFA COUNTY SHERIFF'S OFFICE, | ) ) ) ) | |
| Defendant. | ) | |

## OPINION AND ORDER

Plaintiff, an inmate in the custody of the Oklahoma Department of Corrections who is incarcerated at Davis Correctional Facility in Holdenville, Oklahoma, filed this action under the authority of 42 U.S.C. § 1983. He is seeking relief for constitutional violations that allegedly occurred at the Alfalfa County Jail in Cherokee, Oklahoma. The sole defendant is the Alfalfa County Sheriff's Office.

Upon review of Plaintiff's complaint, it appears that proper venue does not lie in this district. The defendant is located in Alfalfa County, Oklahoma, which is located within the territorial jurisdiction of the Western District of Oklahoma. Furthermore, the alleged events or omissions giving rise to Plaintiff's claims occurred in Alfalfa County. Because proper venue does not lie in this district, *see* 28 U.S.C. § 1391(b), Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1406(a).

**IT IS SO ORDERED** this 3rd day of June 2016.

**Dated this 3rd day of June, 2016.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma